Petition for Writ of Mandamus Denied and Opinion filed March 20, 2003









Petition for Writ of Mandamus Denied and Opinion filed
March 20, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00120-CV

____________

 

IN RE HOWARD VANZANDT WILLIAMS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 30, 2003, relator,
an inmate, filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks to compel the Hon. Ben Hardin, presiding judge of the 23rd District Court
of Brazoria County, to rule on various motions filed in cause number 11064*100.

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

 

Petition Denied
and Opinion filed March 20, 2003.

Panel consists of
Chief Justice Brister and Justices Hudson and Fowler.